UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LYNDA M. KLYMKO,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | NO. CV-06-308-AAM<br><br>**JUDGMENT IN A CIVIL CASE** |

**DECISION BY THE COURT:**

This action came to hearing before the court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Plaintiff's Motion for Summary Judgment is **GRANTED**. The Commissioner's decision denying benefits is **REVERSED** and this matter is **REMANDED** to the Commissioner for payment of benefits to Plaintiff in accordance with the applicable law pursuant to sentence four of 42 USC § 405(g), and Judgment is entered for Plaintiff.

DATED this 8th day of May, 2007.

                                        JAMES R. LARSEN
                                      District Court Executive/Clerk


                                      by: ___s/Karen White_____
                                            Deputy Clerk

cc: all counsel